## Smyth, Appellant, *v.* Fidelity and Deposit Co. of Maryland.

Argued May 24, 1937. Before KEPHART, C. J., SCHAF-
FER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*William A. Schnader,* of *Schnader & Lewis,* with him
*Louis F. Floge,* for appellant.

*Francis F. Burch,* with him *George O. Philips,* for
appellee.

PER CURIAM, June 25, 1937:
The judgment is affirmed on the opinion of CUNNING-
HAM, J., reported in 125 Pa. Superior Ct. 597.